LAW OFFICES
**GRAHAM • VAAGE LLP**
500 NORTH BRAND BOULEVARD
SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX (818) 547-3100

Susan L. Vaage, SBN 83125
Miguel A. Ortiz, SBN 245137

Attorneys for Defendant Touchstone Television Productions, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DELMAN, an individual, <br><br>  Plaintiff, <br><br> vs. <br><br> GEP CENCAST LLC dba CENTRAL CASTING, a Delaware Limited Liability Company, et. al, <br><br>  Defendants. | CASE NO. CV09-2721-PGS (CWx) <br><br> NOTICE OF LODGING OF (PROPOSED) ORDER RE MOTION TO SET ASIDE DEFAULT OF TOUCHSTONE TELEVISION PRODUCTIONS, LLC <br><br> Date:  October 26, 2009 <br> Time:  1:30 PM <br> Place:  790 Roybal |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Touchstone Television Productions, LLC, is lodging herewith the (Proposed) Order Granting the Motion of Defendant Touchstone Television Productions, LLC, to Set Aside its Default.

Date: September 17, 2009

GRAHAM • VAAGE LLP

By: /s/ Susan L. Vaage

SUSAN L. VAAGE
Attorneys for Defendant
Touchstone Television Productions
LLC

PROOF OF SERVICE BY U.S. MAIL
**(Federal Rules of Civil Procedure, Rule 5(b))**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 500 North Brand Boulevard, Suite 1030, Glendale, California 91203-1923.

On September 17, 2009, I served the foregoing document described as **Notice of Lodging of (Proposed) Order Re Motion to Set Aside Default of Touchstone Television Productions, Inc.** on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

X     BY MAIL: I caused such envelope to be deposited in the mail at Glendale, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the Firm's practice of collection and processing for mailing with the United States Postal Service. It is deposited with the U.S. Postal Service the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 17, 2009, at Glendale, California.

/s/Liz Marquez

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | David Delman |
| 3 | P.O. Box 812083<br>Los Angeles, CA 90081 |
| 4 | Email: David@Delman.tv<br>PRO SE |
| 5 | |
| 6 | Joseph B. Scudiero<br>Scott A. Bishop |
| 7 | Joseph B. Scudiero Law Offices<br>21535 Hawthorne Boulevard |
| 8 | Suite 290<br>Torrance, CA 90503 |
| 9 | Email: jscudiero@scudierolaw.com |
| 10 | Attorneys for Defendant<br>GEP Cencast, LLC |
| 11 | |
| 12 | David M. Lester<br>G. Michael Brown |
| 13 | Shireen Banki Rogers<br>Musick Peeler & Garrett LLP |
| 14 | 650 Town Center Dr., Ste. #1200<br>Costa Mesa, CA 92626-1925 |
| 15 | Email: d.lester@mpglaw.com |
| 16 | |
| 17 | Robert J. Schulze<br>Fox Group Legal |
| 18 | Legal Department<br>2121 Avenue of the Stars |
| 19 | Suite 700<br>Los Angeles, CA 90067 |
| 20 | Email: robert.schulze@fox.com |
| 21 | Attorneys for Defendant<br>Twentieth Century Fox Television |
| 22 | |
| 23 | Joseph B. Scudiero<br>Scott A. Bishop |
| 24 | Joseph B. Scudiero Law Offices<br>21535 Hawthorne Boulevard |
| 25 | Suite 290<br>Torrance, CA 90503 |
| 26 | Attorneys for Defendant Joseph Scudiero, Esq. |
| 27 | Email: jscudiero@scudierolaw.com |
| 28 | |

GRAHAM • VAAGE LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX (818) 547-3100

LAW OFFICES
**GRAHAM • VAAGE LLP**
500 NORTH BRAND BOULEVARD
SUITE 1030
**GLENDALE, CALIFORNIA 91203**
(818) 547-4800  FAX (818) 547-3100

Susan L. Vaage, SBN 83125
Miguel A. Ortiz, SBN 245137

Attorneys for Defendant Touchstone Television Productions, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DELMAN, an individual,<br><br>    Plaintiff,<br>vs.<br>GEP CENCAST LLC dba CENTRAL CASTING, a Delaware Limited Liability Company, et. al,<br><br>    Defendants. | CASE NO. CV09-2721-PGS (CWx)<br><br>(PROPOSED) ORDER RE MOTION TO SET ASIDE DEFAULT OF TOUCHSTONE TELEVISION PRODUCTIONS, LLC<br><br>Date:    October 26, 2009<br>Time:   1:30 PM<br>Place:   790 Roybal |

IT IS HEREBY ORDERED that the Motion to Set Aside Default of Defendant Touchstone Television Productions, LLC ("Touchstone"), is hereby granted. Service was not effected on Touchstone in conformity with FRCP 4(c) and counsel for Defendant had executed a Waiver of Service form providing for a response date of October 13, 2009.

Dated this_____day of_____, 2008.


                                                                          HONORABLE PHILIP S. GUTIERREZ
                                                                          UNITED STATES DISTRICT JUDGE

1

PROOF OF SERVICE BY U.S. MAIL
**(Federal Rules of Civil Procedure, Rule 5(b))**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 500 North Brand Boulevard, Suite 1030, Glendale, California 91203-1923.

On September 17, 2009, I served the foregoing document described as **(Proposed) Order Re Motion to Set Aside Default of Touchstone Television Productions, Inc.** on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

X   **BY MAIL:** I caused such envelope to be deposited in the mail at Glendale, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the Firm's practice of collection and processing for mailing with the United States Postal Service. It is deposited with the U.S. Postal Service the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 17, 2009, at Glendale, California.

/s/Liz Marquez

<pre>
                              SERVICE LIST

David Delman
P.O. Box 812083
Los Angeles, CA 90081
Email: David@Delman.tv
PRO SE


Joseph B. Scudiero
Scott A. Bishop
Joseph B. Scudiero Law Offices
21535 Hawthorne Boulevard
Suite 290
Torrance, CA 90503
Email: jscudiero@scudierolaw.com
Attorneys for Defendant
GEP Cencast, LLC


David M. Lester
G. Michael Brown
Shireen Banki Rogers
Musick Peeler & Garrett LLP
650 Town Center Dr., Ste. #1200
Costa Mesa, CA 92626-1925
Email: d.lester@mpglaw.com


Robert J. Schulze
Fox Group Legal
Legal Department
2121 Avenue of the Stars
Suite 700
Los Angeles, CA 90067
Email: robert.schulze@fox.com
Attorneys for Defendant
Twentieth Century Fox Television


Joseph B. Scudiero
Scott A. Bishop
Joseph B. Scudiero Law Offices
21535 Hawthorne Boulevard
Suite 290
Torrance, CA 90503
Attorneys for Defendant Joseph Scudiero, Esq.
Email: jscudiero@scudierolaw.com
</pre>