**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**#150/151**

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-2721 PSG (CWx) | Date | March 5, 2010 |
|---|---|---|---|
| Title | David Delman v. GEP Cencast, LLC *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Plaintiff's Requests to Extend Time to File Notice of Appeal

On February 26, 2010, Plaintiff filed a "Request for Accommodation by Person with Disability to (1) Extend Time to File an Appeal Pursuant to FRAP, Rule 4(a)(5)." *See* Dkt # 150. On March 4, 2010, Plaintiff filed a "Request for Accommodation by Disabled Individual for Order to Be Made by 3/06/10 Pursuant to FRAP 4(a)(5)." *See* Dkt # 151.

While the Court discerns that by these "requests" Plaintiff seeks an order extending the time to file a notice of appeal of the Court's February 8, 2010 order granting Defendants' motions to dismiss and to strike, Plaintiff does not explain why such an order is warranted here. Nor does Plaintiff indicate the amount of additional time sought. For these reasons, the Court DENIES Plaintiff's requests.

**IT IS SO ORDERED.**