**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2721 PSG (CWx) | Date | March 10, 2010 |
|---|---|---|---|
| Title | David Delman v. GEP Cencast, LLC *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:     (In Chambers) Order DENYING Plaintiff's Request for Reconsideration of March 5, 2010 Order**

On March 5, 2010, the Court issued an order denying Plaintiff's February 26, 2010 "Request for Accommodation by Person with Disability to (1) Extend Time to File an Appeal Pursuant to FRAP, Rule 4(a)(5)" (the "March 5, 2010 Order").  *See* Dkt # 152.  The Court cited two reasons for denying the request.  First, Plaintiff did not explain why such an order is warranted.  Second, Plaintiff did not indicate the amount of additional time sought.

On March 8, 2010, Plaintiff filed a "Request for: Accommodation by Person with Disability to Reconsider Order of 3/5/10 to Extend Time to File Notice of Appeal: Request for Ruling Prior to March 9, 2010" ("Request for Reconsideration").  *See* Dkt # 153.  This Request for Reconsideration contends that an order extending the time for filing a notice of appeal is warranted here because Plaintiff needs time to have an attorney substitute into the action.  The Court notes, however, that Plaintiff has been making this representation for well over a year and has yet to have counsel represent him in these matters. *See Request for Reconsideration* 2:10-18, Exhibit B (Plaintiff's December 24, 2008 "Ex Parte Application: Request for Stay of This Action for Sixty (60) Days to Locate Counsel to Substitute in This Action").  The Court therefore finds that Plaintiff has failed to demonstrate that an order extending the time for filing a notice of appeal in this action is warranted.  Accordingly, the Court DENIES Plaintiff's Request for Reconsideration of the Court's March 5, 2010 order.

**IT IS SO ORDERED.**