E-FILED 06/11/10
LINK TO 158

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

DAVID DELMAN, an individual,

Plaintiff,

v.

GEP CENCAST, LLC d/b/a CENTRAL CASTING, a Delaware Limited Liability Company; TOUCHSTONE TELEVISION PRODUCTIONS, LLC, a Delaware Limited Liability Company doing business as ABC STUDIOS; SECURITAS SECURITY SERVICES USA, INC.; TWENTIETH CENTURY FOX TELEVISION, a Delaware Corporation; JOSEPH SCUDIERO, ESQ., an individual; and DOES 1-10,

Defendants.

CASE NO. CV-09-2721 ~~FMC~~ PSG (PJWx)

**~~[PROPOSED]~~ JUDGMENT IN FAVOR OF DEFENDANT TWENTIETH CENTURY FOX TELEVISION**

The Motion to Dismiss of Defendant Twentieth Century Fox Film Corporation (dba Twentieth Century Fox Television) ("Fox") came before the Honorable Phillip S. Gutierrez on February 8, 2010. The Court having reviewed the papers submitted in support of and in opposition to the Motion to Dismiss, and having found the matters therein appropriate for decision without oral argument, the Court granted Fox's Motion to Dismiss and ordered that the ninth cause of action for slander against Fox be dismissed with prejudice. Attached hereto as Exhibit "A" is

a true and correct copy of the February 8, 2010 Minute Order GRANTING Defendants' Motions to Dismiss and Anti-SLAPP Motion to Strike.

Accordingly, the Court hereby orders that:

1. Defendant Twentieth Century Fox Film Corporation (dba Twentieth Century Fox Television) is hereby dismissed with prejudice from Plaintiff David Delman's Complaint; and

2. Judgment is hereby entered in favor of Defendant Twentieth Century Fox Film Corporation (dba Twentieth Century Fox Television) and against Plaintiff David Delman.

Dated: 6/11/10

PHILIP S. GUTIERREZ

The Honorable Phillip S. Gutierrez
United States District Court

Submitted by:

FOX GROUP LEGAL
ROBERT J. SCHULZE, ESQ., SBN 192755
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 369-8682
Facsimile: (310) 969-0582

By: Robert Schulze /gp

Robert J. Schulze
Attorney for Twentieth
Century Fox Film Corporation
(dba Twentieth Century Fox Television)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 2121 Avenue of the Stars, Los Angeles, CA 90067.

On March 15, 2010, I served the following document(s) described as [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT TWENTIETH CENTURY FOX TELEVISION on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

☒ **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Los Angeles, California.

☐ **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☒ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 15, 2010, at Los Angeles, California.

TANYA LEAL

FGL-1176015.v1

**SERVICE LIST**

David Delman
P.O. Box 812083
Los Angeles, CA 90081
Email: david@delman.tv
Pro Se

Joseph B. Scudiero
Scott A. Bishop
Joseph B. Scudiero Law Offices
21535 Hawthorne Blvd., Suite 290
Torrance, CA 90503
Phone: (310) 540-3800 Fax: (310) 540-3490
Email: jscudiero@scudierolaw.com
Attorneys for Defendant GEP Cencast, LLC
and Joseph Scudiero

G. Michael Brown
Shireen Banki Rogers
Musick Peeler & Garrett LLP
650 Town Center Dr., Suite 1200
Costa Mesa, CA 92626-1925
Phone: (714) 668-2423 Fax: (714) 668-2490
Email: d.lester@mpglaw.com
Attorneys for Defendant Securitas Services USA, Inc.

Susan L. Vaage
Miguel A. Ortiz
Law Offices of Graham • Vaage LLP
500 N. Brand Blvd., Suite 1030
Glendale, CA 91203
Phone: (818) 547-4800 Fax: (818) 547-3100
Attorneys for Defendant Touchstone Television Productions, LLC